UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EILEEN SIMPSON,

       Plaintiff,

v.

       CASE NO: 5:18-cv-4-oc-30PRL

ENHANCED RECOVERY COMPANY, LLC,

       Defendant.

_____/

## DEFENDANT, ENHANCED RECOVERY COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, Enhanced Recovery Company, LLC ("Defendant"), hereby submits the following Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant, Enhanced Recovery Company, LLC, is a limited liability company organized under the laws of Delaware and is wholly owned by ERC Holdings, LLC. There is not a publicly traded company that owns 10 percent or more of Defendant's stock.

Dated: January 2, 2018.

       SMITH, GAMBRELL & RUSSELL, LLP

       _____
       Scott S. Gallagher
       Florida Bar No. 0371970
       Email: ssgallagher@sgrlaw.com
       Richard D. Rivera
       Florida Bar No. 108251
       Email: rrivera@sgrlaw.com
       50 North Laura St, Suite 2600
       Jacksonville, FL 32202
       (904) 598-6111
       (904) 598-6211 fax
       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2015, the foregoing document was served via email to:

Benjamin W. Raslavich, Esq.
Kuhn Raslavich, P.A.
2124 W. Kennedy Boulevard, Suite B
Tampa, Florida 33606
Phone: 813-422-7782
Fax: 813-422-7783
Email: ben@theKRfirm.com
*Attorney for Plaintiff*

_____
Attorney